UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Future Proof Brands, LLC, d/b/a BeatBox Beverages, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>BevSource, Inc; Crown Valley Winery, Inc. d/b/a Crown Valley Winery; and Does 1-10,<br><br>       Defendants. | Case No. 0:21-cv-00741-WMW-TNL<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Crown Valley Winery, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Crown Valley Winery, Inc. have a parent corporation?

    No

2. Is 10% or more of the stock of Crown Valley Winery, Inc owned by a publicly held corporation?

    No

Dated: April 26, 2021      Respectfully submitted,

                **BEST & FLANAGAN LLP**

                *s/ Kyle R. Hardwick*
                Sarah E. Crippen (# 0223074)
                Kyle R. Hardwick (# 0395186)
                60 South Sixth Street, Suite 2700
                Minneapolis, MN 55402
                (612) 339-7121
                scrippen@bestlaw.com
                khardwick@bestlaw.com

                -and-

**GREENSPOON MARDER LLP**

Beth-Ann E. Krimsky
Fla. Bar No. 968412
*Pro Hac Vice Anticipated*
Email: beth-ann.krimsky@gmlaw.com
Email: clemencia.corzo@gmlaw.com
Aaron Williams
Fla. Bar No. 99224
*Pro Hac Vice Anticipated*
Email: aaron.williams@gmlaw.com
Email: agatha.mctier@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 527-2427
Facsimile: (954) 333-4027
*Attorneys for Defendant Crown Valley Winery, Inc.*